ROBERT W. FREEMAN
Nevada Bar No. 3062
JENNIFER A. TAYLOR
Nevada Bar No. 6141
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone:  (702) 893-3383
Fax:  (702) 893-3789
E-Mail: Robert.Freeman@lewisbrisbois.com
E-Mail: Jennifer.A.Taylor@lewisbrisbois.com
*Attorneys for Defendant*
*USAA GENERAL INDEMNITY COMPANY*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LELAND WATSON, an individual; and SANDRA WATSON, an individual, | CASE NO.:  2:21-cv-1581-CDS-EJY |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| USAA GENERAL INDEMNITY COMPANY; DOES I through X, inclusive; ROE CORPORATIONS I through V, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiffs LELAND WATSON and SANDRA WATSON ("Plaintiffs" ) and Defendant USAA GENERAL INDEMNITY COMPANY ("Defendant"), by and through their respective undersigned counsel, that all claims in the above-entitled action against

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4886-6006-7371.3

Defendant shall be dismissed in their entirety, with prejudice, each party to bear its own costs and attorneys' fees.

DATED this 16th day of August, 2022.

LEWIS BRISBOIS BISGAARD & SMITH

BY: /s/ Jennifer A. Taylor
　　　Robert W. Freeman, Esq.
　　　Nevada Bar No. 3062
　　　Jennifer A. Taylor, Esq.
　　　Nevada Bar No. 6141
　　　6385 S. Rainbow Boulevard, Suite 600
　　　Las Vegas, Nevada 89118
　　　*Attorneys for Defendant*
　　　*GENERAL INDEMNITY COMPANY*

DATED this 16th day of August, 2022. JONES WILSON, LLP

BY: /s/ Justin L. Wilson
　　　Justin L. Wilson, Esq.
　　　Nevada Bar No. 7560
　　　801 S. Fourth St.
　　　Las Vegas, NV 89101
　　　Attorney for Plaintiffs
　　　Leland and Sandra Watson

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: _____August 16, 2022_____

